[No. 61203-4-I.   Division One.   February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY LEE WILFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09956-5, Douglas D. McBroom, J., entered January 17, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61337-5-I.   Division One.   February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN HAYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08411-4, Richard D. Eadie, J., entered February 19, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 61342-1-I.   Division One.   February 9, 2009.]

STEVEN COLE SALON, LLC, ET AL., *Appellants*, v. SALON LOTUS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-35314-5, Laura C. Inveen, J., entered February 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Agid and Appelwick, JJ.

[No. 61636-6-I.   Division One.   February 9, 2009.]

DONALD BERIAULT, *Respondent*, v. PAUL KING, *as Beneficiary*, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-06985-1, Richard J. Thorpe, J., entered April 4, 2008. *Affirmed* by unpublished per curiam opinion.